FOURTH DEPARTMENT, MARCH, 1992

(March 13, 1992)

■ BRIAN BRITTON, Respondent, v SKI VALLEY CLUB, INC., Respondent, and JEFFREY MAKEPEACE, Appellant.—Order unanimously affirmed without costs. Memorandum: The duties of skiers are set forth in General Obligations Law § 18-105. Defendant has failed to show as a matter of law that he was not negligent. Thus, the court did not err in denying his motion for summary judgment. (Appeal from Order of Supreme Court, Ontario County, Curran, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Green, Pine and Davis, JJ.